UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
(at London)

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | Criminal Action No. 6:17-CR-062-CHB- |
| ) | HAI-1 |
| V. ) | |
| ) | |
| WILLIE J. ROWAN, ) | |
| ) | **ORDER ADOPTING** |
| Defendant. ) | **RECOMMENDATION OF** |
| | **ACCEPTANCE OF GUILTY PLEA** |

\*\*\*   \*\*\*   \*\*\*   \*\*\*

This matter is before the Court on the Recommendation of Acceptance of Guilty Plea filed by United States Magistrate Judge Hanly A. Ingram. [R. 25] The recommendation instructed the parties to file any specific written objections within three days after being served with the decision, or else waive the right to further review. [*See id.* at 3.] Neither party has objected to the Magistrate's recommendation, and the time to do so has now passed. Defendant Rowan did file a consent to plead before the United States Magistrate Judge. [R. 23]

Upon review, the Court is satisfied that Defendant Willie Rowan knowingly and competently pled guilty to the charged offenses and that an adequate factual basis supports the plea as to each essential element of the offense charged. Accordingly, the Court hereby **ORDERS** as follows:

1. Judge Ingram's Recommendation of Acceptance of Guilty Plea [**R. 25**] is

    **ADOPTED** as and for the Opinion of the Court;

2. Defendant Willie J. Rowan is **ADJUDGED** guilty of Counts 1 and 2 of the

    Indictment;

3. The Defendant's Jury Trial is **CANCELLED**; and

A Sentencing Order shall be entered promptly.

This the 16th Day of May, 2018.

*Claria Horn Boom*
CLARIA HORN BOOM,
UNITED STATES DISTRICT COURT JUDGE
EASTERN AND WESTERN DISTRICTS OF
KENTUCKY