UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
(at London)

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>WILLIE J. ROWAN, )<br>)<br>Defendant. ) | Criminal Action No. 6:17-CR-062-CHB-HAI-1<br><br>**ORDER ADOPTING**<br>**RECOMMENDED DISPOSITION ON**<br>**COMPETENCY** |

\*\*\*   \*\*\*   \*\*\*   \*\*\*

This matter is before the Court on the Recommended Disposition filed by United States Magistrate Judge Hanly A. Ingram [R. 53]. The Recommended Disposition addresses whether Defendant Willie J. Rowan is competent to face further proceedings in this matter pursuant to 18 U.S.C. §§ 4241 and 4247(d).

After receipt and circulation of the competency evaluation ("the Report") conducted by forensic psychologist Judith "Betsy" Campbell, Ph.D., Magistrate Judge Ingram held a hearing pursuant to 18 U.S.C. §§ 4241 and 4247(d) [R. 50]. At this hearing, the parties stipulated to the admissibility of the Report by Dr. Campbell, as well as to her qualifications. [R. 52] Both parties also waived the introduction of other proof and the right to examine or cross-examine Dr. Campbell. *Id.* Neither party offered any other evidence into the record. *Id.*

Following this hearing, Magistrate Judge Ingram concluded that Dr. Campbell accurately applied the competency principles of *Dusky v. United States*, 363 U.S. 402 (1960) (per curiam) to determine that the Defendant is "able to understand the nature and consequences of the proceedings against him and to assist properly in his own defense." [R. 53, at p. 7] Specifically,

Judge Ingram noted from the Report that "Defendant demonstrated a thorough understanding of the court process, his criminal charges, and possible consequences of prosecution and conviction, and he 'was able to engage in discussions with the examiner which suggests he is able to participate in preparing his defense and understands the crime he is alleged to have committed.'" *Id.* at pp. 5-6, (citing [R. 51 at p. 6]). Based on these findings, Magistrate Judge Ingram recommended that this Court find Defendant Willie J. Rowan competent to face further proceedings in this matter. [R. 53, at p. 7] In this case, further proceedings against the Defendant include sentencing proceedings.

Generally, this Court must make a *de novo* determination of those portions of the Recommended Disposition to which objections are made. 28 U.S.C. § 636(b)(1). When no objections are made, this Court is not required to "review . . . a magistrate's factual or legal conclusions, under a *de novo* or any other standard . . . ." *See Thomas v. Arn*, 474 U.S. 140, 151 (1985). Parties who fail to object to a Magistrate Judge's Recommended Disposition are also barred from appealing the District Court's Order adopting that Recommended Disposition. *United States v. White*, 874 F.3d 490, 495 (6th Cir. 2017); *United States v. Walters*, 638 F.2d 947, 949- 50 (6th Cir. 1981).

Judge Ingram's Recommended Disposition advised the parties that any objections must be filed within eight (8) days. [R. 53 at p. 7] The time to file objections has passed, and neither party has filed any objections to the Recommended Disposition nor sought an extension of time to do so. *See id.*; Fed. R. Crim P. 59(b). Nevertheless, this Court has examined the record, and agrees with the Magistrate Judge's Recommended Disposition.

Accordingly, and the Court being otherwise sufficiently advised,

**IT IS HEREBY ORDERED** as follows:

1. The Magistrate Judge's Recommended Disposition [**R. 53**] is **ADOPTED** as the Opinion of this Court.

2. The Court **FINDS** that **Defendant Willie J. Rowan** is competent to face further proceedings in this matter.

3. In order to proceed under the Sentencing Reform Act, it is further **ORDERED** as follows:

4. Sentencing proceedings are set in this case on **Tuesday, April 23, 2019** at the hour of **11:00 a.m.** before the Honorable Claria Horn Boom, United States District Judge, at the United States Courthouse in **London**, **Kentucky**.

5. All other deadlines in the Court's Sentencing Order [**R. 29**] **shall** be relative to this new date.

This the 24th day of January, 2019.

CLARIA HORN BOOM,
UNITED STATES DISTRICT COURT JUDGE
EASTERN AND WESTERN DISTRICTS OF
KENTUCKY